IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDEL WILLIAMSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:08cv872-TMH |
| ) | (WO) |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. The petition pursuant to 28 U.S.C. § 2241 is DENIED and this case is DISMISSED with prejudice because Petitioner is impermissibly attempting to use a § 2241 petition to circumvent the restrictions on successive motions to vacate sentence under 28 U.S.C. § 2255. An appropriate judgment will be entered.

Done this 16th day of December, 2008.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE